**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                   )<br>                                                                  )<br>              Plaintiff,                                  )<br>                                                                  )<br> v.                                                             )<br>                                                                  )<br> **JESUS DAVID GARCIA,**                       )<br>                                                                  )<br>              Defendant.                             )<br>_____) | Case No. 08mj8185<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: March 3, 2008                                                    *s/ Bridget L. Kennedy*
                                                                                        **BRIDGET L. KENNEDY**
                                                                                        Federal Defenders
                                                                                        225 Broadway, Suite 900
                                                                                        San Diego, CA 92101-5030
                                                                                        (619) 234-8467  (tel)
                                                                                        (619) 687-2666  (fax)
                                                                                        e-mail:bridget_kennedy@fd.org